In re Jones, Roscoe Jr.; — Defendant; Applying for Supervisory and/or Remedial Writs, Parish of Calcasieu, 14th Judicial District Court Div. A, Nos. 1343-83, 1343-83A; to the Court of Appeal, Third Circuit, No. KW 01-00307.
Denied. Untimely, see La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189, not cognizable on collateral review, see La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172; see also State v. Gedric, 99-1213 (La.App. 1st Cir.6/3/99), 741 So.2d 849, and repetitive. Cf. La.C.Cr.P. art. 930.4(D).